|  |  |  |
|---|---|---|
|  | : | UNITED STATES DISTRICT COURT |
| (MRS. HILARY SANCHEZ ) | : | Judicial District of New Haven |
| v. | : | at New Haven |
| OMAR LEONARD | : | (Date  9/6/2024) |
| NOSYBYSTANDERS LLC, |  |  |
| JOE ROBINSON |  |  |

SEP 6 2024 PM1:20
FILED-USDC-CT-NEW HAVEN

## COMPLAINT CAUSES OF ACTION JURY DEMAND

### CLAIM ONE:  DEFENDANT NOSYBYSTANDERS LLC, 1A:225.50 DEFAMATION

1. On or about august 25,2024 it was redistributed a live held from this defendant who made several false and defamatory statements, about the plaintiff and the plaintiffs husband Nate Sanchez on her popular social media platforms titled nosybystanders with a following of over 560k followers.

2. The defendant has an account with the user name @nosybystanders on the very popular platform called tiktok with over 150 million viewers.

3. The defendant-unprivileged publication to a third party was held on tiktok live on her page @nosybystanders where she receives thousands of views alone with others redistributing  the live broadcast from tiktok and other social media platforms like Facebook, Instagram.

4. The defendant fault amounting at least to negligence on the part of the publisher, @nosybystanders.

5.  The defendant either actionability of the statement irrespective of special harm or the existence of special harm caused by the publication.

6.  Defendant published the malicious, false and defamatory statements from June 1, 2024 through September 03, 2024 about the plaintiff Mrs. Hillary Sanchez and her husband Nate Sanchez.

7.  Theses false and misleading statements published with malice, as defendant knew that they were false and misleading, or at a minimum acted and published with a reckless disregard for the truth.

8.  On or about September 05, 2024 defendant NOSBYBYSTANDER LLC, HEREAFTER MENTION AS DEFENDANT NOSY WENT LIVE ON HER PLATFORM ON TICTOK AROUND 8 PM AND DISCUSS THE PLAINTIFF AND STATED THE PLAINTIFF IS CURRENTLY BEING HOUSED IN A MENTAL INSTITUTION AND SHE STATED AS A FACT THAT AT 12 AM ALL THE INTERNET SERVICES IS DISABLED AT THE MENTAL INSTITUTION WHERE THE PLAINTIFF HILLARY CURRENTLY RESIDES. THEREFORE, HER ONLY QUESTION IS HILLARY HOW IS THE JELLO FRIEND.

9.  On august 28,2024 defendant nosy stated the following at 1:10 am on tiktok live streaming service about Mrs. Hillary Sanchez its quite easy to get restraining orders against her you are quite literally in a mental health facility for crazy people ok. It's too easy to say this person scares me this person is threating my life this person well where does this person reside a mental health facility ok the fact that you have access to the outside world is wild and why they don't have you strapped up and taped to a wall is beyond the rest of the general public Hillary you're not a part of the general public for good reason when you were a part of the general public you where terrorizing us that what you were doing and somehow the guards took a nap and you got access to a phone because soon as midnight hit and I looked at the guest request she dropped because Hillary you know you not supposed to be on a goddam phone bothering us.

10. On august 28,2024 defendant nosy stated the following around the same time or thereafter on a tiktok live stream to thousands of her supporters well Hillary is trans I don't know what Hillary is I don't give a fuck I don't care Hillary is a crazy psychotic person in a mental health facility harassing the general public you can go over there and ask her about her transitioning when she goes live again when they give her access to Wi-Fi whoever is helping this bag of nuts on the rest of us like hottie and Daniel said you would stop helping her.

2

11. On august 25, 2024 defendant nosy made the following false statements that Hillary took a picture with a baby at a halfway house, she also stated she is telling the truth two different times two her viewing followers in her live stream she said if more people on messy tiktok would talk about the story it may compile Hillary to talk about it I only seen so far me and Omar talking about it. She made the following statements she said he's gone yawl that was in 2022 her husband Nate has been gone you guys he has not come back I think that's part of the story people don't get he been gone Nate has been gone for a long time. Defendant nosy made the following false statement the plaintiff and her husband as soon as they got married  wedding was annulled few months no a few  weeks later after they got married. She stated Nate the plaintiff's husband is engaged with another woman with a baby on the way. He's gone yawl it is a tubi plus movie for real. She said Nate is hiding in a bunker across the country. She is in a halfway house for the mentally insane.

12. On august 25, 2024 defendant nosy stated the following false statements yet again the staff at the halfway house is trying to get her evicted nosy said she is not making this up the staff said they been trying to get the plaintiff evicted that's the safest place for the rest of us is Hillary being in there that's the safest place for all of us she got to stay there for the safety of the general public. She then made a false statement that I attacked the staff because I was attacking staff and that is when Hillary filed a lawsuit claiming emotional distress and because the legal matter, they cannot evict her because there is the lawsuit she filed to stay on the property THAT IS FALSE STATEMENTS.

13. The plaintiff Mrs. Hillary Sanchez or her husband Nate Sanchez has not spoken personally to this defendant about our personal marriage or ANY PERSONAL INFORMATION OR released any of our personal medical information to her or her company or another parties to this complaint we have never meet this person NOSYBYSTANDERS LLC, IN PERSON OR SPOKEN TO THEM OVER THE PHONE OR EMAIL OR TEXT MESSAGE.

14. THE PLAINTIFF MRS HILLARY SANCHEZ HAS BEEN HARMED AND DAMAGED BY THESES AND OTHER FALSE AND MISLEADING STATEMENTS BY DEFENDANT NOSYBYSTANDERS LLC,THEY  KNEW THAT THEY WERE FALSE AND MISLEADING OR AT A MINIMUM ACTED AND PUBLISHED OR MADE AVAILABLE  FOR OTHERS TO PUBLISH WITH A RECKLESS DISREGARD FOR THE TRUTH.

15. The plaintiff Mrs. Hillary Sanchez has been harmed and damaged by these and other false and misleading statements by defendant because they subjected plaintiff to hatred, distrust, ridicule contempt, and disgrace.

16. The plaintiff Hillary Sanchez has been damaged from this defendant from false and misleading statements because they damaged the plaintiffs reputation and good will and harmed plaintiff financially in her profession and business as a content creator on tiktok and other social media platforms as well as personally.

17. Said defendants are on notice that the plaintiff will file to amend said complaint as unknown acts that has come to light through the discover process of this action.

18. ON INFORMATION AND BELIEF DEFENDANT NOSY HAS CONSPIRED WITH DEFENDANT OMAR LEONARD AND OTHERS FROM JUNE 1,2024 AND ONGOING TO MAKE FALSE AND MISLEADING STATEMENTS AND TO PUBLISH WITH MALICE, AS THE DEFENDANTS KNEW THAT THEY WERE FALSE AND MISLEADING, OR AT A MINIMUM ACTED AND PUBLISHED WITH A RECKLESS DISREGARD FOR THE TRUTH.

19. DEFENDANT NOSY MADE THE FOLLOWING STATEMENT THAT THE PLAINTIFF ASSAULTED MEDICAL PROVIDERS AT THE HOSPITAL IN 2024 SHE CLAIMS I AM A CLIENT CURRENTLY AT A PSYCHIATRIC WARD LIVING THERE EVERYDAY SHE ALSO STATED SHE IS SERIOUS SHE IS TELLING THE TRUTH SHE IS NOT JOKING.

20. THE PLAINTIFF MRS HILARY SANCHEZ HAS BEEN HARMED AND DAMAGED BY DEFENDANT NOSY FALSE AND MISLEADING STATEMENTS BECAUSE THEY SUBJECTED PLAINTIFF TO HATRED, DISTRUST, RIDICULE, CONTEMPT ,AND DISGRACE.

21. PLAINTIFF HAS BEEN DAMAGED BY THESES FALSE AND MISLEADING STATEMENTS BECAUSE THEY HAVE DAMAGED PLAINTIFFS REPUTATION AND GOOD WILL AND HARMED PLAINTIFF FINANCIALLY IN HER PROFESSION THE HOST OF THE HILLARY SANCHEZ SHOW ON TIKTOK AS WELL AS PERSONALLY.

22. DEFENDANT NOSY BYSTANDERS LLC HAS THE FOLLOWING QUOTE ON THEIR WEB PAGE" NOSY BY STANDERS IS A MEDIA COMPANY DEDICATED TO DELIVERING TIMELY, ACCURATE, AND ENGAGING NEWS ACROSS DIGITAL PLATFORMS. WE OFFER IN-DEPTH ANALYSIS, AND DIVERSE PERSPECTIVES ON THE STORIES THAT MATTER MOST."

23 THE PLAINTIFF HAS BEEN HARMED AND DAMAGED BY THESES AND OTHER FALSE AND MISLEADING STATEMENTS BY DEFENDANT BECAUSE THEY SUBJECTED PLAINTIFF TO HATRED, DISTRUST, RIDICULE, CONTEMPT, AND DISGRACE.

24 PLAINTIFF HAS BEEN DAMAGED BY THESES FALSE AND MISLEADING STATEMENTS BECAUSE THEY DAMAGED PLAINTIFFS REPUTATION AND GOOD WILL AND HARMED PLAINTIFF FINANCIALLY IN HER PROFESSION AND BUSINESS AS A CONTENT CREATOR AS WELL AS PERSONALLY.

## CLAIM NUMBER TWO: DEFENDANT OMAR DOUGLAS ALBERT LEONARD  1A:225.50 DEFAMATION

1. DEFENDANT OMAR DOUGLAS ALBERT LEONARD HEREAFTER OMAR ON OR ABOUT AUGUST 1 2024 AND CONTINUING WAS HOLDING LIVE STREAMS ON TIKTOK ON HIS PLATFORMS CALLED @OMARFACTS100ST. MOREOVER, @HILLTOP221AND @OMARFROMWATTS DEFENDANT OMAR MADE SEVERAL FALSE AND DEFAMATORY STSTEMENTS, ABOUT THE PLAINTIFF AND THE PLAINTIFFS HUSBAN NATE SANCHEZ ON HIS SOCIAL MEDIA PLATFORMS.

2. DEFENDANT OMAR LIVES STEAMS WHERE REDISTRIBUTED AND WENT VIRAL ON SOCIAL MEDIA DRAWING MILLIONS OF VIEWS UPON THE PLAINTIFF INFORMATION AND BELIEF.

3. DEFENDANT-UNPRIVILEGED PUBLICATION TO A THRID PARTY WAS HELD ON TIKTOK LIVE WHICH IS FAULT AMOUNTING TO AT NEGLIGENCE ON THE PART OF THE PUBLISHER, AND HIS SOCIAL MEADIA PLATFORMS.

4. THE DEFENDANT EITHER ACTIONABILITY OF THE STATEMENTS IRRESPECTIVE OF SPECIAL HARM OR THE EXISTENCE OF SPECIAL HARM CAUSED BY THE

5

PUBLICATION.

5. DEFENDANT PUBLISHED THE MALICIOUS, FALSE AND DEFAMATORY STATEMENTS FROM JULY 2024 ON INFORMATION AND BELIEF AND IS ONGOING ABOUT THE PLAINTIFF MRS HLARY SANCHEZ AND HER HUSBAN NATE SANCHEZ.

6. THESE FALSE AND MISLEADING STATEMENTS PUBLISHED WITH MALICE, AS DEFENDANT OMAR KNEW THEY WERE FALSE AND MISLEADING, OR AT A MINIMUM ACTED AND PUBLISHED WITH A RECKLESS DISREGARD FOR THE TRUTH.

6. DEFENDANT OMAR BETWEEN THE DATES OF 7/15/2024 AND ONGOING HAS MADE THE FOLLOWING FALSE AND MISLEADING STATEMENTS WHAT HAPPEN NOW IS HILLARYS OLD MODS TALKED TO NATE AND THERE DOING A INTERVIEW WITH NATE THIS IS THE NEW NEWS AND HILLARY IS FEELING DUMB. HE ALSO SAID YOU GUYS KEEP SAYING OMAR GIVE US THE TEA BUT YOU KEEP LETTING MY LIVE STREAMS GET SHUT DOWN. AFTER THIS NATE INTERVIEW I DON'T GIVE A FUCK ABOUT HILARY. MY CONTENT IS NOT BASED ON THIS NIGGAR. THESES STATEMENTS WHERE LIVE STREAMED FROM HIS ACOUT CALLED @OMARFACTS100ST ON TIKTOK PLATFORM AND REDISTRIBED ON OTHER PLATFORMS AND WENT VIRAL ON SOCIAL MEDIA HE WENT LIVE FOR OVER FOUR HOURS ABOUT THE PLAINTIFF AND THE PLAINTIFF HUSBAN NATE.

7. DEFENDANT OMAR STATED ON THE SAME LIVE STREAM WHY WOULD I SUE HILLARY HES BUSTED AND DESUSTED SEE WHAT HAPPEN TO HILLARY IS OBSSED WITH NETTA STALKING HIM AND LYING ON HIM HE LIES.

8. DEFENDANT OMAR STATED THE PLAINTIFFS HUSBAN NATE HASNOT BEEN MY HUSBAN SINCE DAY ONE OF THE MARRIAGE HE SAID NATE DONE MOVED ON WITH HIS LIFE NATE HAS NOTHING TO DO WITH HIS WIFE FOR TWO YEARS.

9. DEFENDANT OMAR STATED HE HAS A COPY OF THE PLAITIFFS AND HER HUSBANS WEDDING ANNULMENT DURING THE SAME TIMELINE STATED IN THE PLAINTIFF COMPLAINT HE ALSO PLACED A BACKGROUNG OF SOMETYPE OF DOCUMENT STATING AS A FACT IT WAS SAID DOCUMENT HE ALSO STATED THAT THEY WEEDING WAS ANNULED TWO YEARS AGO AND HE GOT THE RECEIPTS TO PROVE IT HILLARY BEEN LYING TO YALL.

10. DEFENDANT OMAR STATED AS A FACT THE PLAINTIFF HUSBAN HAS A CURRENT PROTECTION ORDER IN PLACE IN 2024 AND HE HAS THE EVIDENCE OF THAT.

11. DEFENDANT OMAR STATED THE PLAINTIFFS HUSBAN NATE SANCHEZ HAS A BABY WITH DIFFERENT WOMAN IN AZ AND A BABY ON THE WAY.

12. DEFENDANT OMAR STATED THE PLAINTIFF IS CURRENTLY LIVING IN A MENTAL HELATH HOMELESS SHELTER PROGRAM IN AS OF JULY 15,2024 AND ONGOING THAT'S WHY THE PLAINT CANT SHOW HER FACE WHEN SHE GOES LIVE THERE FROM THE SHELTER CANT YOU GUYS TELL THAT'S WHY SHE HAS THE TV UP LOUD SO YOU CANT HEAR THE OTHER PEOPLE IN THE LIVES.

12. DEFENDANT OMAR STATED THAT HILLARY DO NOT COOK FOR HERSELF THE PLACE SHE IS PROVIDES THE FOOD FOR THEM HILLARY IS IN A PLACE SHE CANT COOK.

13. DEFENDANT OMAR STATED THE FOLLOWING NATE SANCHEZ HAS NOT SPOKEN TO NATE OR HEARD FROM NATE FOR OVER TWO YEARS AND HILARY CANT TALK ABOUT HIM BECAUSE OF COURT ORDERS THAT'S WHY HE TALKS ABOUT NETTA.

14. DEFENDANT OMAR STATED THE PLAINTIFF GOT MAD THE OTHER DAY AFTER I SHOWED THE WEDDING ANNULMENT AND HE PUT UP A DOCUMENT THAT PERPETRATED AND HE STATED WAS THE OFFICIAL ANNULMENT OF NATE AND HILARY SANCHEZ.

15. DEFENDANT OMAR HAS STATED THE PAPERS HE HAS OF THE WEDDING ANNULMENT SAYS NATE SANCHEZ VS HILARY SANCHEZ NOT BENJAMIN SANCHEZ AND SHOWED THE FAKE DOCUMENT ON LIVE AND SAID THE PLAINTIFF GOT MAD BECECAUSE OF THE DIVORCE SHIT.

16. DEFENDANT OMAR SHOWED A DOCUMENT THAT LOOKS LIKE A COURT FILING DATED JANUARY 24,2024 WITH THE WORDS DOCKET EVENT WITH THE DESCRIPTION SAYING 'DIVORCE/ANNULMENT AND IT STATED DECREE OF DIVORCE CASE CLOSED HE STATED IT WAS THE OFFICAL DOCUMENT THAT GOT MRS HILARY SANCHEZ MAD AND THE OTHER PAPER I GOT SAYS HILARY SANCHEZ AND NATE SANCHEZ ON TIKTOK LIVE VIDEO.

7

17 DEFENDANT OMAR STATED ALL THESES LIES THROUHOUT THE COMPLAINT FROM JULY 15, 2024 AND ONGOING.

18  THE PLAINTIFF HAS BEEN HARMED AND DAMAGED BY THESES AND OTHER FALSE AND MISLEADING STATEMENTS BY DEFENDANT BECAUSE THEY SUBJECTED PLAINTIFF TO HATRED, DISTRUST,RIDICULE,CONTEMPT,AND DISGRACE.

19 PLAINTIFF HAS BEEN DAMAGED BY THESES FALSE AND MISLEADING STATEMENTS BECAUSE THEY DAMAGED PLAINTIFFS REPUTATION AND GOOD WILL AND HARMED PLAINTIFF FINANCIALLY IN HER PROFESSION AND BUSINESS AS A CONTENT CREATOR AS WELL AS PERSONALLY.

## CLAIM NUMBER THREE : DEFENDANT JOE ROBINSON 1A :225.50 DEFAMATION

1 DEFENDANT JOE ROBINSON HEREAFTER "DEFENDANT JOE" WAS HOLDING LIVE STREAMS ON OR ABOUT AUGUST 1 2024 AND CONTINUING ON TIKTOK AND FACEBOOK AND YOUTUBE ON HIS PLATFORMS CALLED @MRS.NETTAANDCHARLES WITH OVER 800K FOLLOWERS AND WITH MILLIONS OF VIEWS ON SOCIAL MEDIA.

2. DEFENDANT JOE LIVE STEAMS WHERE REDISTRIBUTED AND WENT VIRAL ON SOCIAL MEDIA DRAWING MILLIONS OF VIEWS UPON THE PLAINTIFF INFORMATION AND BELIEF.

8

3. DEFENDANT UNPRIVILEGED PUBLICATION TO THRID PARTY WAS HELD ON TIKTOK LIVE AND YOUTUBE AND FACEBOOK LIVE, WHICH IS, FAULT AMOUNTING TO AT NEGLIGENCE ON THE PART OF THE PUBLISHER. AND HIS SOCIAL MEDIA PLATFORMS

4. THE DEFENDANT EITHER ACTIONABILITY OF THE STATEMENTS IRRESPECTIVE OF SPEACIAL HARMOR THE EXISTENCE OF SPECIAL HARM CAUSED BY THE PUBLICATION.

5. DEFENDANT PUBLISHED THE MALICIOUS, FALSE AND DEFAMATORY STATEMENT FROM JUNE 2024 AND ONGOING ON INFORMATION AND BELIEF ABOUT THE PLAINTIFF MRS HILARY SANCHEZ AND HER HUSBAN.

6. THESES FALSE AND MISLEADING STATEMENTS PUBLISHED WITH MALICE,AS DEFENDANT JOE KNEW THEY WERE FALSE AND MISLEADING OR AT A MINIMUM ACTED AND PUBLISHED WITH A RECKLESS DISREGARD FOR THE TRUTH.

7. THE DEFENDANT MADE FALSE STATEMENTS AGAINST THE PLAINTIFF AND THE PLAINTIFFS HUSBAN NATE SANCHEZ HE KNEW IT WAS FALSE, MADE WILLFULLY, AND WANTED THE PLAINTIFF AND HER HUSBAN REPUTATION TO SUFFER.

8. DEFENDANT JOE STATEMENTS HAS BEEN PUBLISHED AND COMMUNICATED TO THIRD PARTIES ALL OVER SOCIAL MEDIA PLATFORMS AND HIS VIEWING AUDIENCE OF OVER 800K TIKTOK AND OVER 500K FACEBOOK AND OVER 10K ON YOUTUBE.

9. THE DEFENDANT IDENTIFED THE PLAINTIFF BY HER FIRST AND LAST NAME AND HER HUSBANS TO THRID PERSONS THE IDENTIFICATION WAS NOT ONLY BY NAME BUT BUSINESS PAGES.

10. THE DEFENDANT JOE HAS CAUSED THE PLAINTIFF TO SUFFER REPUTIONAL DAMAGE AS A RESULT OF HIS FALSE STATEMENTS AND MISLEADING STATEMENTS.

11. ON JULY 29TH 2024 DEFENDANT JOE MADE THE FOLLOWING FALSE AND MISLEADING STATEMENTS TO THIRD PERSONS ALL OVER SOCIAL MEDIA WHERE HE GETS 3 TO 5 MILLION VIEWS OR MORE ON HIS POST. 'TELL MRS HILLARY SANCHEZ TO LEAVE HER ALONE AND I KNOW SHE DON'T HAVE ANY MONEY TO GIVE ME BECAUSE THEY SAID HER HUSBAN DONE SWIPED UP HER CREIT CARDS AND RAN UP AND GAVE HER BAD CREDIT FROM HIS ACTIONS.

12. THE DEFENDANT JOE ALSO STATED THAT THE PLAINTIFF HUSBAN TOOK ALL HER MONEY AND LEFT HER FOR BROKE ON JULY 29 2024.

13. THE DEFENDANT JOE ALSO STATED ON JULY 29 2024 ON SOCIAL MEDIA TIKTOK THAT I AM 60 YEARS OLD AND WORKS FOR THE FBI.

14. THE DEFENDANT JOE SAID PEOPLE BEEN COMING ON HIS PAGE GIVING HIM SO MUCH INFORMATION ON THE PLAINTIFF IS A CURRENT FRAUD AND HAVE ALL THESES CURRENT CHARGES OUTSTANDING FOR SCAMS.

15. THE DEFENDANT SAID HILLARY IS IN A CRAZY MENTAL HOSPITAL FOR THE HOMELESS AND GETTING MEDICATION IN THE CENTER CURRENTLY.

16. THE DEFENDANT JOE SAID HILLARY SANCHEZ IS HOMELESS AND IN A NUT HOUSE YALL PLEASE PRAY FOR HERCURRENTLY FROM JULY 2024 AND ONGOING.

17 THE DEFENDANT JOE ALSO STATED THAT MY HUSBAN HAS LEFT ME SINCE 2022 AND HE HAS A BABY WITH ANOTHER WOMAN LIVING IN THE STATE OF AZ.

18 THE DEFENDANT JOE STATED THAT MRS HILLARY SANCHEZ IS A FRAUD AND ASKED ALL HIS SUPPORTERS TO SEND HIM ANY AND ALL INFORMATION ON HAND THEY HAVE AND HE WILL POST AND TALK ABOUT IT ON ALL HIS PAGES JUST TO PROVE A POINT TO TEACH HER A LESSON AND THEN MAYBE SHE WILL SIT DOWN.

19 DEFENDANT JOE STATED DURING THIS TIME LINES STATED IN THE COMPLAINT MY HUSBAN USED ME AND WHEN THE MONEY WAS GONE NATE LEFT AND I HAVENT HEARD FROM MY HUSBAN SINCE 2022.

20 THE STATEMENTS FROM THIS DEFENDANT HAS BEEN PUBLISHED AND COMMUNICATED TO THIRD PARTIES OVER ALL SOCIAL MEDIA PLATFORMS AND HIS VIEWING AUDIENCE FOR SEVERAL MONTHS IN 2024.

21. THE PLAINTIFF HAS BEEN HARMED AND DAMAGED BY THESES AND OTHER FALSE AND MISLEADING STATEMENTS BY DEFENDANT BECAUSE THEY SUBJECTED PLAINTIFF TO HATRED, DISTRUST, RIDICULE, CONTEMPT, AND DISGRACE.

22 PLAINTIFF HAS BEEN DAMAGED BY THESES FALSE AND MISLEADING STATEMENTS BECAUSE THEY DAMAGED PLAINTIFFS REPUTATION AND GOOD WILL AND HARMED PLAINTIFF FINANCIALLY IN HER PROFESSION AND BUSINESS AS A CONTENT CREATOR AS WELL AS PERSONALLY.

WHEREFORE, the plaintiff claims Damages against each named defendant:

1. PUNITIVE DAMAGES IN THE AMOUNTS OF $90,000.00

2. NOMINAL DAMAGES TO BE PROVEN AT TRIAL

3. THAT THE PLAINTIFF HAVE JUDGEMENTS AGAINST EACH DEFENDANT

4. SUCH OTHER RELIEF AS THIS COURT DEEMS JUST AND PROPER.

THE PLAINTIFF

By: _____

(MRS HILARY SANCHEZ), Pro se
(206 ELM STREET #205402
NEW HAVEN CT 06520
(Phone No.)

9-6-2024

A.    PATRIES

4. OMAR DOUGLAS ALBERT LEONARD
2784 E. DOMINGUEZ ST,
LONG BEACH, CA 90810-1301

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

MRS. HILLARY SANCHEZ

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. _____
(To be supplied by the Court)

v.

OMAR DOUGLAS LEONARD

JOE ROBINSON

NOSYBYSTANDERS LLC,

JOHN AND JANE DOE

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. __MRS. HILARY SANCHEZ__ is a citizen of __CONNECTICUT__ who
      (Plaintiff)                                (State)
presently resides at 206 ELM ST. #205402 NEW HAVEN 06520 _____.
                     (mailing address)

2. Defendant __JOE ROBINSON__ is a citizen of __ALABAMA__
        (name of first defendant)              (State)
whose address is 295 KNIGHT LN. ,SYLACAUGA 35150 _____.

3.  Defendant NOSYBYSTANDERS LLC _____ is a citizen of ARIZONA _____
(name of second defendant)                                                    (State)

whose address is 921 NORTH  1ST AVE. UNIT 1, TUCSON 85719-4870 _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

1332 (A) DIVERSITY JURISDICTION THE AMOUNTIN CONTROVERSY DOES EXCEED $75.000.00

FROM THE DEFENDANTS WHICH GIVES THE COURT SUBJECT-MATTER JURISDICTION

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

CASE IS ABOUT COMMON-LAW DEFAMATION WHERE THE DEFENDANTS ARE TIKTOK CREATORS WITH  A FOLLOWINGS OF IN SOME CASES 750K WITH MILLIONS OF VIEWS DAILY  FROM THEIR FOLLOWERS AND SUPPORTERS AND VIEWING AUDIENCE.

THE DEFENDANTS CONSPIRED A FAKE STORY LINES ABOUT THE PLAINTIFF AND THE PLAINTIFF MARRAIGE AND THE PLAINTIFFS MARRAIGE STATUS WITH HER HUSBAN.

THE DEFENDANTS ALSO CONSPIRED A FAKE STORY LINE ABOUT THE PLAINTIFFS MENTAL HEALTH AND STATED THE PLAINTIFF IS CURRENTLY LIVING IN A MENTAL HEALTH  PROGRAM AND DOES NOT HAVE A HOME.

THE DEFENDANTS CONSPRIED A STORY THAT MY HUSBAN FILED ANNULMENT 2 MONTHS AFTER WE GOT MARRIED AND MY HUSBAN HAS A NEW FAMILY WITH A BABY.

DEFENDANTS PUBLISHED THE MALICIOUS, FALSE AND DEFAMATORY STATEMENTS AND HAS HARMMED THE PLAINTIFFS FOLLOWERS AND SUPPORTERS WITH THESES FALSE AND MISLEADING STATEMENTS THAT HAS DAMAGED PLAINTIFFS REPUTATION AND FINANCIALLY IN BUSINESS MYSELF.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _See Attached_

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

_See Attached_

**Claim II:** _____

_____

_____

Supporting Facts:

3



## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes xxxx        No

_____

Original signature of attorney (if any)

_____

Printed Name

_____

Plaintiff's Original Signature

MRS. HILLARY SANCHEZ

Printed Name

(   )

Attorney's full address and telephone

(   )

Plaintiff's full address and telephone

ILLARYFORBES123@GMAIL.COM

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___New Haven___ on ___9/6/2024___
                  (location)              (date)

_____

Plaintiff's Original Signature

(Rev.3/29/16)

5