**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MRS. Hilary Sanchez

_Plaintiff(s),_

v.

Nosy Bustanders LLC, et al

_Defendant(s)._

Case No. _____
(to be filled out by Clerk's Office)

SEP 6 2024 PM 1:22
FILED HERE AT NEW HAVEN

## MOTION FOR LEAVE TO PROCEED _IN FORMA PAUPERIS_
## PURSUANT TO 28 U.S.C. §1915

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. §1915. In support of my request, I submit the attached financial affidavit and state that:

(1)     I am unable to pay such fees, costs, or give security therefor;

(2)     I am entitled to commence this action against the defendant(s); and

(3)     I request that the Court direct the United States Marshal's Service to serve process in this matter.

_____
Original Signature

Hilary Sanchez
Name (print or type)

206 Elm Street
Street Address

#203402    New Haven    CT    06520
City             State             Zip Code

_____
Telephone Number

_Revised December 15, 2023_

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*MRS Hilary Sanchez*
Plaintiff(s),

v.                                                    Case No. _____
                                                      (to be filled out by Clerk's Office)
*Nosy By Standers LLC, Et, Al*
Defendant(s).

**FINANCIAL AFFIDAVIT IN SUPPORT OF**
**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***
**PURSUANT TO 28 U.S.C. §1915**

## I.    INSTRUCTIONS:

Complete all questions in this Affidavit and sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable" (N/A), write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name and the question number. Failure to follow these instructions may result in the denial of your Motion.

## II.    AFFIDAVIT:

I declare that:

(1)    I am unable to pay such fees, costs, or give security therefor,

(2)    I am entitled to commence this action against the defendant(s), and

(3)    The responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

*Revised December 15, 2023*

## A.    INCOME

### 1. Your Employment:

If underlined employed at present, complete the following:
Name of employer:_____N/A_____ How long employed: _____N/A_____
Address of employer: _____N/A_____
Gross monthly income before taxes or other deductions: $____N/A_____

If self-employed at present, complete the following:
State gross monthly income before taxes and deductions: ____N/A_____
What is the nature of your employment? _____N/A_____

If unemployed at present, complete the following:
I have been unemployed since (DATE): ____N/A_____
The name of your last employer: _____N/A_____
Address of last employer: _____N/A_____
Last gross monthly income received: $_____N/A_____

### 2. Your spouse's employment (if applicable):

If spouse is employed, please complete the following:
Name of employer:_____N/A_____ How long employed:___N/A_____
What is the nature of spouse's employment? _____N/A_____
Gross monthly income before taxes or other deductions: $_____N/A_____

### 3. Do you or your spouse receive government cash benefits (e.g., SAGA or AFDC)?

Yes __ No X. If yes, please complete the following:
I have been receiving these benefits since:_____
I am receiving $_____ per month for myself and the following family members: ____
_____

### 4. Do you or your spouse receive social security, disability, workers' compensation or unemployment benefits?

Yes __ No X. If yes, please complete the following:
I have been receiving (TYPE) _____benefits since (DATE)_____.
I am receiving $_____ per month.

### 5. Do you or your spouse receive any other income (e.g., rent payment, pensions, annuities, life insurance, child support) of any kind?

Yes __ No __. If yes, please complete the following:
I am receiving $ 1000.00 per month.
What is the source of this income? ___BABYSITTING_____

### 6. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month:

___Self,_____
_____
_____
_____

*Revised December 15, 2023*

**B.    ASSETS OWNED BY YOU OR YOUR SPOUSE**

**1. Real Property: Do you or your spouse own any real property, such as land or a house?**

Yes ___ No _X_. If yes, please complete the following:
What kind of property is it?_____N/A_____
Property Address: _____N/A_____
Whose name is the property in? _____N/A_____
Estimated value:_____N/A_____

**a. Are you paying off a loan or mortgage on it?**

Yes ___ No _X_. If yes, please complete the following:
Where are you obtaining the money to make the payments? ____N/A_____
Mortgage Balance: ___N/A_____ Owed to:_____N/A_____

**2. Other property owned by you or your spouse:**

**Automobile #1**: Make ____N/A____ Model ____N/A____ Year ___N/A___
Registered owner(s) name(s): _____N/A_____
Estimated value of automobile: ____N/A____ Amount Owed:___N/A_____
**Automobile #2**: Make ____N/A____ Model ____N/A____ Year ___N/A___
Registered owner(s) name(s): _____N/A_____
Estimated value of automobile: ____N/A____ Amount Owed:_____

Do you own any other valuable property, such as boats, motorcycles, jewelry, artwork, antiques?
Yes ___ No _X_. If yes, please complete the following:
Please describe the property and provide its estimated value:____N/A_____

_____
_____
_____

**3. Cash owned by you or your spouse:**

Cash on hand: _6.00___ Balance in checking or money market accounts:_$14.00_
Balance in savings accounts or similar accounts: _____

**4. Stocks, bonds, mutual funds or other investments owned including retirement accounts (such as IRA, 401(k)) owned by you or your spouse:**

Total value of investments: _____N/A_____
Describe the nature of the investments: _____N/A_____

_____
_____
_____

*Revised December 15, 2023*

## C.   OBLIGATIONS:

**1.   Estimate the average monthly expenses of you and your family:**

| | |
|---|---|
| Rental on house/apartment | $ 750 |
| Mortgage payment on house/apartment: | $ N/A |
| Property taxes on house/apartment: | $ N/A |
| Gas/heating oil bill: | $ N/A |
| Electric bill: | $ N/A |
| Water bill: | $ N/A |
| Phone/cell phone bill: | $ 120 |
| Internet bill: | $ 30.00 |
| Cable bill: | $ N/A |
| Car payment: | $ N/A |
| Fuel and maintenance for car: | $ N/A |
| Car insurance payment: | $ N/A |
| Other types of insurance payments (such as health, life, disability, property, renter's insurance): | $ 30.00 |
| Food (do *not* include food purchased with SNAP benefits): | $ 90 - 115 |
| Clothing: | $ |
| Transportation expenses: | $ 40.00 BUS |
| Medical expenses not covered by insurance: | $ N/A |
| Alimony or child support payments: | $ N/A |
| Monthly payments on outstanding debts:<br>     Please list: _MEDICAL_ | $ 25K |
|      Please list: _N/A_ | $ N/A |
|      Please list: _N/A_ | $ N/A |
| Other necessary expenses:<br>     Please list: _N/A_ | $ N/A |
|      Please list: _N/A_ | $ N/A |
|      Please list: _N/A_ | $ N/A |
| **TOTAL AMOUNT OF MONTHLY OBLIGATIONS:** | $ N/A |

**2.   Debts:**

Do you or your spouse owe any money other than mortgage or auto loans, such as student debt, medical debt, credit card debt? List the total amount of each debt below, and to whom it is owed.

Debt owed to: ___N/A___ $ ___N/A___

Debt owed to: ___N/A___ $ ___N/A___

Debt owed to: ___N/A___ $ ___N/A___

*Revised December 15, 2023*

**3.    Dependents/Other obligations:**

List all persons who are dependent upon you and your spouse for support, state your relationship to those persons, their age, and indicate how much you contribute toward their support on a monthly basis:

| Name (if under 18, initials only) | Relationship | Age | Monthly Support |
|---|---|---|---|
| N/A | | | $ N/A |
| N/A | | | $ N/A |
| N/A | | | $ N/A |
| N/A | | | $ N/A |

**4.    Provide any other information that will help explain why you cannot pay the costs of these proceedings:**

N/A

**D.    PREVIOUS LITIGATION:**

If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

Case Number          Case Caption          Disposition of Case

1. 24cv06256                            Case Settled

2.

3.

4.

**E.    DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 9/6/2024

_____
Original Signature of Affiant

*Revised December 15, 2023*